## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **16-po-5122-JTJ**<br>**VIOLATION:**<br>**6026745** |
| **Plaintiff,** | |
| **vs.** | **Location Code: M13** |
| **GAVIN JOSEPH DEGRAVE,** | **ORDER** |
| **Defendant.** | |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6026745 is DISMISSED.

DATED this 19th day of October, 2016.

John Johnston
United States Magistrate Judge